

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-16-00038-CV

**CITY OF FLORESVILLE, TEXAS**, City of Floresville City Council, City of Floresville City Planning and Zoning Committee, and the Wilson County Appraisal District,
Appellants

v.

**STARNES INVESTMENT GROUP, LLC**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-06-0367-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Marialyn Barnard, Justice
     Jason Pulliam, Justice

The court has determined that oral argument may be of benefit to the court. Therefore, the above cause has been set for formal submission and oral argument before this court on August 11, 2016 at 9:00 a.m., before a panel consisting of Chief Justice Marion, Justice Barnard, and Justice Pulliam.

In addition to the arguments raised by the parties in their briefs, the parties should be prepared to argue the merits of whether a plea to the jurisdiction should have be granted or denied based on "Plaintiff's First Amended Petition," and, assuming the trial court erred in denying the plea to the jurisdiction based on the amended petition and this court must reverse, whether the reversal should be with a remand and an opportunity to replead or a render of a dismissal of appellee's claims with prejudice.

Argument is limited to twenty (20) minutes each side and ten (10) minutes for appellants' rebuttal. If you do not wish to present argument, you must notify this court in writing within seven (7) days of receiving this notice.

It is so **ORDERED** on June 27, 2016.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court